```
CASE NO. 09-C-369                                          OPENED 10/13/2009

    JUDGE...       JUDGE FRED L FOX

    PLAINTIFF.  DAVID HOLLIS ET AL C/O KEVIN TIPTON
VS DEFENDANT.  DANNY MICHAELS

    PRO ATTY..  KEVIN TIPTON
    DEF ATTY..

  PAGE#     DATE MEMORANDUM..............

  00001 10/13/09 Cvil Case Information statement
  00002 10/13/09 Complaint
  00003 10/13/09 Summons for Michaels w/Cert Mail Receipt
  00004 10/16/09 Return Grn Crd signed 10/14/09
```



EXHIBIT A

## CIVIL CASE INFORMATION STATEMENT
## CIVIL CASES

In the Circuit Court of MARION County, West Virginia

### I. CASE STYLE

Plaintiffs

DAVID HOLLIS and
ADELINE HOLLIS
c/o KEVIN T. TIPTON
1001 NORTHPOINTE PLAZA
MORGANTOWN, WV 26505

Case No. 09-C-__369__
Judge __Fox__

vs.

| Defendants | Days to Answer | Type of Service |
|---|---|---|
| DANNY MICHAELS<br>PO Box 346<br>Kitzmiller, MD 21538 | 30 | CERTIFIED MAIL |

Original and __2__ copies of Complaint attached hereto.

RECEIVED & FILED
IN
CIRCUIT CLERK'S OFFICE
2009 OCT 13 AM 11 08
BARBARA A. ...
CIRCUIT CLERK

|  |  |  |
|---|---|---|
| PLAINTIFF: | DAVID and ADELINE HOLLIS | CASE NUMBER 09-C-369 |
| DEFENDANT: | DANIEL MICHAELS | |

II. TYPE OF CASE:

| TORTS | | OTHER | | CIVIL | |
|---|---|---|---|---|---|
| ___ | Asbestos | ___ | Adoption | ___ | Appeal from Magistrate Court |
| ___ | Professional Malpractice | ___ | Contract | ___ | Petition for Modification of Magistrate Sentence |
| _X_ | Personal Injury | ___ | Real Property | ___ | Miscellaneous Civil |
| ___ | Product Liability | ___ | Mental Health | ___ | Other: |
| ___ | Other Tort | ___ | Appeal of Administrative Agency | | |

III. JURY DEMAND  YES
CASE WILL BE READY FOR TRIAL BY (MONTH/YEAR):   July 2010

IV. DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL
ACCOMMODATIONS DUE TO A DISABILITY OR AGE?   ___ YES   _X_ NO
IF YES, PLEASE SPECIFY:
___ Wheelchair accessible hearing room and other facilities
___ Interpreter or other auxiliary aid for the hearing impaired
___ Reader or other auxiliary aid for the visually impaired
___ Spokesperson or other auxiliary aid for the speech impaired
___ Other: _____

Attorney Name:  Kevin T. Tipton
Firm:  TIPTON LAW OFFICES
Address:  1000 NORTHPOINTE PLAZA
MORGANTOWN, WV 26505

Telephone: (304) 292-8428

Representing: PLAINTIFFS

Date:  10-09-2009

Signature

IN THE CIRCUIT COURT OF MARION COUNTY, WEST VIRGINIA

DAVID HOLLIS and
ADELINE HOLLIS,
    Plaintiff,

v.                                                              Case No. 09-C-369

DANIEL MICHAELS,
    Defendant.

## COMPLAINT

NOW COME the Plaintiffs, DAVID HOLLIS and ADELINE HOLLIS, by and through their attorney, KEVIN T. TIPTON, and for their Complaint against Defendant DANIEL MICHAELS, hereby states as follows:

### PARTIES AND JURISDICTION

1. The Plaintiff, DAVID HOLLIS, is, and was at all relevant times hereto, a resident of Morgantown, Monongalia County, West Virginia.

2. The Plaintiff, ADELINE HOLLIS, is, and was at all relevant times hereto, a resident of Morgantown, Monongalia County, West Virginia.

3. At all relevant times hereto, the Plaintiffs were husband and wife.

4. Defendant, DANIEL MICHAELS (hereinafter referred to as "Defendant") is, and was at all relevant times hereto, a resident of Kitzmiller, Garrett County, Maryland.

5. The accident complained of in this Complaint occurred in Marion County, West Virginia.

### COUNT I

6. Plaintiff incorporates each and every allegation contained in Paragraphs 1 through 5 as if fully restated verbatim herein.

7. That on or about June 22, 2008, the Plaintiff was traveling on Flat Run Road in Fairmont, Marion County, West Virginia, on his way to work.

8. That the Defendant was traveling on the same road in the opposite direction.

9. That, for reasons unknown to the Plaintiff, the Defendant's vehicle crossed the center line of the road and struck his vehicle head on.

10. That, as a result of the Defendant's negligence, the Plaintiff suffered personal bodily injuries.

11. That Defendant's negligence and conduct, as set forth herein, was the proximate cause of the injuries which Plaintiff has suffered, is suffering and will continue to suffer in the future.

12. As a further direct and proximate cause of the aforesaid negligence of the Defendant, the Plaintiff has suffered and sustained damages and injuries, including, but not limited in any manner to the following: permanent physical injuries; loss of enjoyment of life; loss of income and benefits; aggravation, annoyance, and inconvenience; depression, emotional distress and mental anguish; punitive damages; substantial foreseeable consequential damages; and substantial incidental damages.

## COUNT II

13. Plaintiff incorporates each and every allegation contained in Paragraphs 1 through 12 as if fully restated verbatim herein.

14. That, as a result of Defendant's negligence, Plaintiff Adeline Hollis has suffered a loss of consortium and loss of services of her husband, Plaintiff David Hollis, and is entitled to compensation therefor.

**WHEREFORE**, the Plaintiffs, **DAVID HOLLIS** and **ADELINE HOLLIS** demand judgment against the Defendant, **DANIEL MICHAELS**, in this matter for all damages sustained as set forth herein, together with pre-judgment and post-judgment interest thereon; punitive damages; for all costs and attorney fees incurred in pursuit of this action to which they are entitled by law; and for such other relief as this Court deems proper.

Plaintiffs hereby demand a **TRIAL BY JURY** in this matter.

DAVID HOLLIS and
ADELINE HOLLIS
By Counsel

_____
KEVIN T. TIPTON
West Virginia State Bar No. 8610
TIPTON LAW OFFICES
1001 Northpointe Plaza
Morgantown, WV 26505
(304) 292-8478

SUMMONS

CIRCUIT COURT OF MARION COUNTY, WEST VIRGINIA

DAVID HILLIS ET AL C/O KEVIN TIPTON
1001 NORTHPOINTE PLAZA
MORGANTOWN   WV  26506

ADELINE HILLIS C/O KEVIN TIPTON
1001 NORTHPOINTE PLAZA
MORGANTOWN   WV  26506

    v.                    09-C-369        JUDGE FRED L. FOX

DANNY MICHAELS
P.O. BOX 346
KITZMILLER     MD  21538

To the Above-Named Defendant(s):
IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon KEVIN TIPTON
Plaintiff's Attorney, whose address is 1001 NORTHPOINTE PLAZA
                                MORGANTOWN, WV 26505
an answer, including any related counter-claim you may have, to the complaint filed against you in the above-styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above-styled civil action.
DATE: 10/13/09

                              Barbara A. Core, Clerk
                              Marion County Circuit Court

                      By: _PM F/C_ , Deputy
                          Cert Mail



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Sent To: Danny Michaels
Street, Apt. No.; or PO Box No.: P.O. Box 346
City, State, ZIP+4: Kitzmiller, MD 21538

# TIPTON LAW OFFICES

1001 Northpointe Plaza
Morgantown, WV 26505
(304) 292-TIPTON (8478)
(304) 292-2800 fax
TiptonLaw@gmail.com

October 9, 2009

Barbara Core, Clerk
Marion County Courthouse
211 Adams Street
Fairmont, WV 26554

RE: Hollis v. Michaels
09-C-364

Dear Mrs. Core:

Please find enclosed the original *Complaint and Civil Case Information Sheet*, along with two copies thereof. I have also included a check in the amount of $145.00 for the cost of filing. I ask that you please file this civil action accordingly.

Moreover, I have enclosed a check in the amount of $20.00. I ask that you please serve the Defendant via Certified Mail/Return Receipt at your earliest convenience.

Thank you for your attention to this matter. Should you have any questions, please do not hesitate to contact my office.

Very truly yours,

KEVIN T. TIPTON

Enc.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Danny Michaels
   P.O. Box 346
   Kitzmiller, MD 21538

   09-C-369

2. Article Number (Transfer from service label)

   7008 2810 0001 5318 2459

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                    10/14/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes